# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00562-RJC-DSC

| | |
|---|---|
| JACQUELINE WEINER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BIOMET INC, et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavit[s] [for Matthew T. Albaugh, Erin Linder Hanig, and John D. LaDue]" (documents ## 203-205) filed October 18, 2018. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: October 18, 2018

_____
David S. Cayer
United States Magistrate Judge